21 R 2047

FILED
2021 DEC 13 P 12:26
MECKLENBURG CO., S.C.
BY_____

# Resolution of the Mecklenburg County Bar
## in Memory of
## Boyd Cleveland Campbell, Jr.

It is an honor and a privilege to reflect upon the life and legacy of Boyd Cleveland Campbell, Jr., a member of the Mecklenburg County Bar for over 40 years, and a friend and colleague to many of us here today, who passed away peacefully on December 12, 2020 surrounded by his family.

Boyd, or "BC" to his friends, was born on December 1, 1941 in Abingdon, Virginia, the eldest of six children. BC was a proud 1963 graduate of Davidson College and 1966 graduate of the University of Virginia School of Law. BC served two years of active duty in the United States Army, attaining the rank of Captain in 1968. After a successful career as a young lawyer in Concord, North Carolina where he captured most of the major corporate clients in just four years, he moved his practice to Charlotte to Smith Helms Mulliss & Moore (which became Helms Mulliss & Wicker and then McGuireWoods). BC was accomplished in representing public and private companies in mergers and acquisitions, securities, the regulation of financial institutions, debt finance and general corporate matters.

BC was a brilliant lawyer who exhibited never-ending kindness and caring for all – family, friends, colleagues and total strangers. He understood with precision legal issues as well as the business concerns affecting clients. He had the amazing ability to take a complex issue and break it down so that clients and colleagues could easily understand it. He was a trusted advisor to many clients and was a go to person for tough legal questions. He was nearly always the smartest person in the room, but he never let on or made anyone feel inferior.

Beyond his brilliant legal mind, BC was a tremendous human being. The blue couch in his office served as a resting spot for debating a legal issue and talking about life. BC cared about people. While he challenged young associates to think analytically, write with precision and express themselves clearly and succinctly, he also never set up an associate to fail or flounder indefinitely with a difficult, and seemingly unanswerable, problem. He made sure that associates had nourishment and that they safely got to their cars in the late hours of the night. He regularly checked in with associates and colleagues just to find out how they were doing. If there was an issue – legal or personal – to which he could lend a hand, he would be there before ever being asked. His sage counsel was sought out not only by clients, but by those of us at the firm for both legal and personal issues. He was a great lawyer, but he also never lost his humanity.

BC was generously supportive of his family. BC helped with the care of his brothers and sisters and even diverted money from his Army pay to support them. BC married Frances Ann Campbell on May 22, 1982 and their daughter, Margaret, the light of his world, was born on September 17, 1983. BC cherished his family, often deferring affectionately to "Mrs. Campbell" and happily enduring Margaret's summer swim meets in his lawyerly shirt and tie.

An avid outdoorsman, BC enjoyed skiing out West, running and swimming. He traveled with clients, colleagues and family on adventures to various states and countries. He also ran

with colleagues, during which time he shared about the City of Charlotte, the firm and life in Charlotte. After taking up swimming, he frequently swam at the Mecklenburg Aquatic Center very early in the mornings, stopped to grab coffee and breakfast, and was in the office before most attorneys had arrived for the day.

BC also was an avid reader and a collector of fine pottery. BC could often be seen walking to or from the library across the street from the firm with a book in hand. BC's office had an impressive display of pottery that he collected from various artists and there was a story behind each piece. BC's most cherished possession in his office, though, were pictures of Margaret and himself, which he commissioned as a Christmas gift to Frances. He beamed the year he had those made and they were proudly displayed for all to see.

A man of quiet faith, BC was a 35-year member of First Presbyterian Church. His office window looked over First Presbyterian Church and he would observe the activities taking place there, including when Frances would be assisting with carpool for the Weekday School.

BC has touched so many lives and made them much richer by his presence. He graciously welcomed so many of us into his life and left none of us unchanged. The world has lost an amazing and extraordinary human being. While BC has finished his course, a course well tread, he has left an indelible print on so many of us and, for that, we are eternally grateful.

BC is survived by his wife, Frances; his daughter, Margaret and her husband, Matt; his siblings Betsy and her husband, Joe; Henry and his wife, Olga; Page and her husband, Terry; and Anne and her husband, Rich; as well as nine nieces and nephews.

With gratitude for the life and service of, and with deep respect and admiration for, Boyd Cleveland Campbell, Jr. and in keeping with the traditions of the Mecklenburg County Bar, we, the undersigned respectfully move to:

1. Adjourn this day in memory of Boyd Cleveland Campbell, Jr.; and

2. Receive, stamp, file and inscribe this Resolution and Memorial into the minutes of this Court, with a copy to be kept in the Memorials of Deceased Attorneys in the Office of the Clerk of Superior Court and copies be made available to family members upon request.

Respectfully submitted, this 13th day of December, 2021.

*Stephanie K. Briggs Evans*
Stephanie K. Briggs Evans
N.C. State Bar No. 25295

*Bradley R. Kutrow*
Bradley R. Kutrow
N.C. State Bar No. 13851

IT IS HEREBY ORDERED that the foregoing Resolution for Boyd Cleveland Campbell, Jr. is hereby approved and accepted in all respects.

_____
David C. Keesler
United States Magistrate Judge